```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Matthew D. Bobola

         v.

                Case No. 15-cv-39-SM

NH Department of Corrections,
Commissioner, et al.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 10, 2016, for the reasons set forth there.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (doc. no. 31) is hereby denied.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: March 4, 2016

cc:   Matthew D. Bobola, pro se
      Kenneth A. Sansone, Esq.
      Jonathan A. Lax, Esq.