UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew D. Bobola

v.                                              Case No. 15-cv-39-SM

William Wrenn, Helen Hanks,
Bernadette Campbell, Celia Englander,
Lisa Savage, and Christopher Kench

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 2, 2016, for the reasons set forth therein.

Defendants' Motion for Summary Judgment (document no. 39) is hereby granted, and plaintiff's Motion for Summary Judgment (document no. 42) is hereby denied. The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

Steven J. McAuliffe
United States District Court

Date: December 22, 2016

cc:   Matthew D. Bobola, pro se
      Kenneth A. Sansone, Esq.
      Jonathan A. Lax, Esq.