UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew D. Bobola

v.                                              Case No. 15-cv-39-SM

William Wrenn, Helen Hanks, Bernadette Campbell,
Celia Englander, Lisa Savage, and Christopher Kench

**J U D G M E N T**

In accordance with the following Orders, judgment is hereby entered:

1. Order by U.S. District Judge Steven J. McAuliffe dated March 7, 2016, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 10, 2016, and

2. Order by U.S. District Judge Steven J. McAuliffe dated December 22, 2016, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 2, 2016.

By the Court,

Daniel J. Lynch
Clerk of Court

Date: December 23, 2016

cc:     Matthew D. Bobola, pro se
        Kenneth A. Sansone, Esq.
        Jonathan A. Lax, Esq.